**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1297**

_____

ROBERT CLIFFORD WEDDINGTON,

Plaintiff - Appellant,

v.

CENTRAL EXPRESS, LLC,

Defendant - Appellee.

and

NATIONAL INDEMNITY INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY,

Defendants.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:23-cv-00267-RCY)

_____

Submitted:  December 10, 2024                          Decided:  January 3, 2025

_____

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Clifford Weddington, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Clifford Weddington appeals the district court's order dismissing his complaint pursuant to 28 U.S.C. § 1915. We review the dismissal de novo. *Martin v. Duffy*, 858 F.3d 239, 248 (4th Cir. 2017) (stating standard of review). We limit our review to issues raised in Weddington's informal brief. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We conclude that the district court did not abuse its discretion in denying Weddington's motion for default judgment. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2